UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **VERNON C. BROWN, JR.,** ) | Case No. CV 15-766-CAS(AJW) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| **v.** ) | |
| ) | |
| **JAMES A. WALKER, Warden,** ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 3/19/15

*/s/ Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge